# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| MOTIO, INC. | § | |
| | § | |
| V. | § | CASE NO. 4:12-CV-647 |
| | § | Judge Mazzant |
| BSP SOFTWARE LLC, | § | |
| BRIGHTSTAR PARTNERS, INC., | § | |
| and AVNET, INC. | § | |

## VERDICT OF THE JURY

We, the Jury, find as follows:

### QUESTION ONE

Has Motio proven, by a preponderance of the evidence: (i) that an end user performed every step of the method in claim 1 in the United States; (ii) that IVC was a material component in infringing the method; (iii) that IVC has no substantial, noninfringing use; and (iv) that Avnet was aware of the '678 patent and knew that the IVC product is covered by a claim of the '678 patent?

Please answer "Yes," or "No."

Yes _____Yes_____

No _____

If you answered "Yes" to Question One, please proceed to Question Two, if you answered "No," then proceed to Question Four.

1

## QUESTION TWO

Has Motio proven, by a preponderance of the evidence: (i) that an end user performed every step of the method in claim 2 in the United States; (ii) that IVC was a material component in infringing the method; (iii) that IVC has no substantial, noninfringing use; and (iv) that Avnet was aware of the '678 patent and knew that the IVC product is covered by a claim of the '678 patent?

Please answer "Yes," or "No."

Yes ___Yes___

No _____

**Please proceed to Question Three.**

## QUESTION THREE

Has Motio proven, by a preponderance of the evidence: (i) that an end user performed every step of the method in claim 3 in the United States; (ii) that IVC was a material component in infringing the method; (iii) that IVC has no substantial, noninfringing use; and (iv) that Avnet was aware of the '678 patent and knew that the IVC product is covered by a claim of the '678 patent?

Please answer "Yes," or "No."

Yes ___Yes___

No _____

**Please proceed to Question Four.**


## QUESTION FOUR

Has Motio proven, by a preponderance of the evidence,: (i) that an end user directly infringed claim 1 of the '678 patent by performing every step of claim 1 using the IVC product in the United States; (ii) that Avnet took action during the time the '678 patent was in force intending to cause infringement by the end user; and (iii) that Avnet was aware of the '678 patent and knew that its actions, if taken, would constitute infringement of a valid patent?

Please answer "Yes," or "No."

Yes _____Yes_____

No _____

**If you answered "Yes" to Question Four, please proceed to Question Five, if you answered "No," then proceed to Question Seven.**

## QUESTION FIVE

Has Motio proven, by a preponderance of the evidence,: (i) that an end user directly infringed claim 2 of the '678 patent by performing every step of claim 2 using the IVC product in the United States; (ii) that Avnet took action during the time the '678 patent was in force intending to cause infringement by the end user; and (iii) that Avnet was aware of the '678 patent and knew that its actions, if taken, would constitute infringement of a valid patent?

Please answer "Yes," or "No."

Yes _____Yes_____

No _____

**Please proceed to Question Six.**

## QUESTION SIX

Has Motio proven, by a preponderance of the evidence,: (i) that an end user directly infringed claim 3 of the '678 patent by performing every step of claim 3 using the IVC product in the United States; (ii) that Avnet took action during the time the '678 patent was in force intending to cause infringement by the end user; and (iii) that Avnet was aware of the '678 patent and knew that its actions, if taken, would constitute infringement of a valid patent?

Please answer "Yes," or "No."

Yes _____Yes_____

No _____

**Please proceed to Question Seven.**

## QUESTION SEVEN

Has Avnet proven, by clear and convincing evidence, that the specification of the '678 patent does not contain an adequate written description of claim 1 of the '678 patent?

Please answer "Yes," or "No."

Yes _____

No _____No_____

**Please proceed to Question Eight.**

## QUESTION EIGHT

Has Avnet proven, by clear and convincing evidence, that claim 1 of the '678 patent was "anticipated," or, in other words, not new?

Please answer "Yes," or "No."

Yes _____

No _____No_____

**If you answered "Yes" to Question Eight, please proceed to Question Nine, if you answered "No," then proceed to Question Eleven.**

## QUESTION NINE

Has Avnet proven, by clear and convincing evidence, that claim 2 of the '678 patent was "anticipated," or, in other words, not new?

Please answer "Yes," or "No."

Yes _____

No _____

**Please proceed to Question Ten.**

## QUESTION TEN

Has Avnet proven, by clear and convincing evidence, that claim 3 of the '678 patent was "anticipated," or, in other words, not new?

Please answer "Yes," or "No."

Yes _____

No _____

**Proceed to Question Eleven.**

## QUESTION ELEVEN

Has Avnet proven, by clear and convincing evidence, that claim 1 of the '678 patent would have been obvious to a person of ordinary skill in the field?

Please answer "Yes," or "No."

Yes _____

No _____No_____

**If you answered "Yes" to Question Eleven, please proceed to Question Twelve, if you answered "No," then proceed to Question Fourteen.**

## QUESTION TWELVE

Has Avnet proven, by clear and convincing evidence, that claim 2 of the '678 patent would have been obvious to a person of ordinary skill in the field?

Please answer "Yes," or "No."

Yes _____

No _____

**Please proceed to Question Thirteen.**

## QUESTION THIRTEEN

Has Avnet proven, by clear and convincing evidence, that claim 3 of the '678 patent would have been obvious to a person of ordinary skill in the field?

Please answer "Yes," or "No."

Yes _____

No _____

**Please proceed to Question Fourteen**

## QUESTION FOURTEEN

What lost profits, if any, did Motio prove, by a preponderance of the evidence, it suffered as a result of sales that it would with reasonable probability have made but for Avnet's infringement?

Please answer in dollars and cents.

Answer: $ 1,095,807.30

**Please proceed to Question Fifteen.**

## QUESTION FIFTEEN

For those infringing sales for which Motio has not proven its entitlement to lost profits, what has it proven, by a preponderance of the evidence, it is entitled to as a reasonable royalty?

Please answer in dollars and cents.

Answer: $ 129,148.57

Date: 1/28/16                                              F.