IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MOTIO, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVNET, INC., BSP SOFTWARE LLC, and ) <br> BRIGHTSTAR PARTNERS, INC., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 4:12-cv-00647-ALM <br> Hon. Amos L. Mazzant |

# ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE 41-PAGE BRIEF ON MOTIONS FOR JUDGMENT AS A MATTER OF LAW

AND NOW, upon consideration of Defendants Avnet, Inc.'s, BSP Software LLC's, and BrightStar Partners, Inc.'s (collectively, "Avnet") unopposed motion for leave to file to file a 41-page brief in support of its Motions for Judgment as a Matter of Law (Dkt. #289), the Court finds that good cause exists to grant the motion for leave.

Accordingly, the Court grants Avnet's motion for leave and permits Avnet to file its 41-page brief.

**IT IS SO ORDERED.**
**SIGNED this 21st day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE