

**ESQUIRE**
DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0541928**

| | |
|---|---|
| Date | 7/21/2015 |
| Terms | Net 30 |
| Due Date | 8/20/2015 |

| | |
|---|---|
| Client Number | C06527 |
| Esquire Office | Boston |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 101398.0104 |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

**Services Provided For**

Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/15/2015 | J0115866 | Dallas, TEXAS | Motio, Inc. vs. BSP Software LLC, et al |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SAN-SUM-SYNCHRONIZED VIDEO | Lynn Moore - VID | 1 | 607.50 | 607.50 |
| DIGITAL MEDIA: DVD W/SYNC - TRIAL DIRECTOR | Lynn Moore - VID | 1 | 0.00 | 0.00 |
| HANDLING FEE | Lynn Moore - VID | 1 | 17.50 | 17.50 |

OK TO PAY
JMDrake #4274

OK TO PAY
Gerald Kubusial #4549

OUR FILE #150416-00003

| | |
|---|---|
| Subtotal | 625.00 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 660.50 |
| Amount Due | $660.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0541928 |
| Invoice Date | 7/21/2015 |
| Due Date | 8/20/2015 |
| Amount Due | $ 660.50 |



**Invoice INV0542824**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| Date | 7/22/2015 | Client Number | C06527 |
| Terms | Net 30 | Esquire Office | Boston |
| Due Date | 8/21/2015 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | 101398.0104 |
| | | Client Claim/Matter # | |
| | | Date of Loss | |

**Bill To**

Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

**Services Provided For**

Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/17/2015 | J0115888 | Dallas, TEXAS | Motio, Inc. vs. BSP Software LLC, et al |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SAN-SUM-SYNCHRONIZED VIDEO | Lynn Moore | 1 | 495.00 | 495.00 |
| DIGITAL MEDIA: DVD W/SYNC - TRIAL DIRECTOR | Lynn Moore | 1 | 0.00 | 0.00 |
| HANDLING FEE | Lynn Moore | 1 | 17.50 | 17.50 |

OK TO PAY
JMDrake #7274

OK TO PAY
Gerald Kubasiak #4549

OUR FILE #15046-00003

| | |
|---|---|
| Subtotal | 512.50 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 548.00 |
| Amount Due | $548.00 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0542824 |
| Invoice Date | 7/22/2015 |
| Due Date | 8/21/2015 |
| Amount Due | $ 548.00 |



**2700 Centennial Tower**
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice  INV0542825**

| | |
|---|---|
| Date | 7/22/2015 |
| Terms | Net 30 |
| Due Date | 8/21/2015 |

| | |
|---|---|
| Client Number | C06527 |
| Esquire Office | Boston |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 101398.0104 |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**

Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

**Services Provided For**

Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/16/2015 | J0115880 | Dallas, TEXAS | Motio, Inc. vs. BSP Software LLC, et al |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| DIGITAL MEDIA: DVD | LANCE HANKINS | 6.5 | 75.00 | 487.50 |
| HANDLING FEE | LANCE HANKINS | 1 | 17.50 | 17.50 |

OK TO PAY
JM Drake #4274

OK TO PAY
Gerald Kubanah #4549

OUR FILE #150414-00003

*Representing Client: Foley & Lardner - Milwaukee : Foley & Lardner - Boston*

| | |
|---|---|
| Subtotal | 505.00 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 540.50 |
| Amount Due | $540.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0542825 |
| Invoice Date | 7/22/2015 |
| Due Date | 8/21/2015 |
| Amount Due | $ 540.50 |



**Invoice INV0572911**

| | |
|---|---|
| Date | 8/28/2015 |
| Terms | Net 30 |
| Due Date | 9/27/2015 |

| | |
|---|---|
| Client Number | C06527 |
| Esquire Office | Boston |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 101398.0104 |
| Client Claim/Matter # | |
| Date of Loss | |

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Bill To**
Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

OUR FILE #150416-00003

**Services Provided For**
Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/25/2015 | J0115893 | Dallas, TEXAS | Motio, Inc. vs. BSP Software LLC, et al |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| DIGITAL MEDIA: DVD | Moore, Roger | 4 | 75.00 | 300.00 |
| HANDLING FEE | Moore, Roger | 1 | 17.50 | 17.50 |

OK TO PAY
JM Drake #4274

OK TO PAY
Michael H Grun — #1182

Representing Client: Foley & Lardner - Milwaukee : Foley & Lardner - Boston

| | |
|---|---|
| Subtotal | 317.50 |
| Shipping Cost (FedEx) | 0.00 |
| Total | 317.50 |
| Amount Due | $317.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0572911 |
| Invoice Date | 8/28/2015 |
| Due Date | 9/27/2015 |
| Amount Due | $ 317.50 |



**Invoice INV0575157**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | |
|---|---|
| Date | 9/1/2015 |
| Terms | Net 30 |
| Due Date | 10/1/2015 |

| | |
|---|---|
| Client Number | C06527 |
| Esquire Office | Boston |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | 101398.0104 |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

**Services Provided For**
Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

*OUR FILE No. 150416-00003*

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 8/26/2015 | J0115903 | Dallas, TEXAS | Motio, Inc. vs. BSP Software LLC, et al |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| SAN-SUM-TD-SYNCHRONIZED VIDEO | Thibeau, Matthew | 1 | 270.00 | 270.00 |

OK TO PAY
*JM Drake #4274*

OK TO PAY
*Gerald Kubasiak #4549*

*Representing Client: Foley & Lardner - Milwaukee : Foley & Lardner - Boston*

| | |
|---|---|
| Subtotal | 270.00 |
| Shipping Cost (FedEx) | 38.50 |
| Total | 308.50 |
| Amount Due | $308.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0575157 |
| Invoice Date | 9/1/2015 |
| Due Date | 10/1/2015 |
| Amount Due | $ 308.50 |



# ESQUIRE

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice** INV0537408

| | |
|---|---|
| Date | 7/15/2015 |
| Terms | Net 30 |
| Due Date | 8/14/2015 |
| Client Number | C17254 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Miller Canfield - Ann Arbor
101 North Main Street
7th Floor
Ann Arbor MI 48104

OUR FILE NO. 150416-00003

**Services Provided For**
Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| 7/7/2015 | J0107066 | Boston, MASSACHUSETTS | | Motlo v BSP Software | | |
|---|---|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | | | | 1 | 350.00 | 350.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | | | | 4.5 | 150.00 | 675.00 |
| SAN-SUM-TD-SYNCHRONIZED VIDEO | | Andrew D. Weiss | | 1 | 412.50 | 412.50 |

OK TO PAY

OK TO PAY

Representing Client: Miller Canfield - Detroit ; Miller Canfield - Ann Arbor

| | |
|---|---|
| Subtotal | 1,437.50 |
| Shipping Cost (FedEx) | 0.00 |
| Total | 1,437.50 |
| Amount Due | $1,437.50 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

www.esquireconnect.com

**Remit to:**
Esquire Deposition Solutions, LLC
P.O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Ann Arbor |
| Client # | C17254 |
| Invoice # | INV0537408 |
| Invoice Date | 7/15/2015 |
| Due Date | 8/14/2015 |
| Amount Due | $1,437.50 |



**ESQUIRE** DEPOSITION SOLUTIONS

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

**Invoice INV0537990**

| | |
|---|---|
| Date | 7/16/2015 |
| Terms | Net 30 |
| Due Date | 8/15/2015 |

| | |
|---|---|
| Client Number | C06527 |
| Esquire Office | Chicago |
| Proceeding Type | Deposition |
| Name of Insured | |
| Adjuster | |
| Firm Matter/File # | |
| Client Claim/Matter # | |
| Date of Loss | |

**Bill To**
Miller Canfield - Chicago
225 West Washington
Suite 2600
Chicago IL 60606

**Services Provided For**
Miller Canfield - Chicago
Drake, Jeffrey M
225 West Washington
Suite 2600
Chicago IL 60606

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 7/8/2015 | J0104022 | Boston, MASSACHUSETTS | Motio v BSP Software |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| VIDEOGRAPHER MINIMUM | Andrew D. Weiss - VID | 1 | 350.00 | 350.00 |
| VIDEOGRAPHER ADDITIONAL HOURS | Gary Evans - VID | 6 | 150.00 | 900.00 |
| VIDEOGRAPHER ADDITIONAL HOURS OVERTIME | Gary Evans - VID | 1 | 225.00 | 225.00 |
| SAN-SUM-TD-SYNCHRONIZED VIDEO | Andrew D. Weiss - VID | 1 | 150.00 | 150.00 |
| SAN-SUM-TD-SYNCHRONIZED VIDEO | Gary Evans - VID | 1 | 150.00 | 150.00 |

OK TO PAY
JMDrake #4274

OK TO PAY
Gerald Kubosiak #4549

OUR FILE #150416-00003

| | |
|---|---|
| Subtotal | 1,775.00 |
| Shipping Cost (FedEx) | 27.59 |
| Total | 1,802.59 |
| Amount Due | $1,802.59 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/invoice-terms. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Miller Canfield - Chicago |
| Client # | C06527 |
| Invoice # | INV0537990 |
| Invoice Date | 7/16/2015 |
| Due Date | 8/15/2015 |
| Amount Due | $ 1,802.59 |