# INVOICE

McCorkle Litigation Services, Inc.
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 620263 | 11/18/2015 | 533929 |
| Job Date | Case No. | |
| 11/3/2015 | 1:12 CV 2100 | |
| Case Name | | |
| BSP Software, LLC vs. Motio, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Jeffrey M. Drake
Miller Canfield
225 West Washington Street
Suite 2600
Chicago, IL  60606

*Our File No. 150416-00001*

ORIGINAL TRANSCRIPT IN E-TRAN FORMAT OF:

| | | | | |
|---|---|---|---|---|
| Andrew Rachmiel - Video Deposition | 290.00 Pages | @ | 3.95 | 1,145.50 |
| Appearance: Hourly | 8.50 Hours | @ | 47.50 | 403.75 |
| Original Exhibits Attached | | | 0.00 | 0.00 |
| Rough Draft | 280.00 Pages | @ | 1.40 | 392.00 |
| Delivery & Handling | | | 10.00 | 10.00 |
| | | TOTAL DUE >>> | | $1,951.25 |

E-tran sent on 11/16/2015.
Thank you.  We appreciate your business.
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**
**1.5% Service charge will be added to any unpaid balance after 30 days**

OK TO PAY  #4274      OK TO PAY

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Jeffrey M. Drake
Miller Canfield
225 West Washington Street
Suite 2600
Chicago, IL  60606

Job No.      : 533929        BU ID    : MCC-MAIN
Case No.     : 1:12 CV 2100
Case Name    : BSP Software, LLC vs. Motio, Inc.

Invoice No.  : 620263        Invoice Date : 11/18/2015
Total Due    : $ 1,951.25

Remit To:  McCorkle Litigation Services, Inc.
           200 North LaSalle Street
           Suite 2900
           Chicago, IL  60601

**PAYMENT WITH CREDIT CARD**   AMEX   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

McCorkle Litigation Video  
200 North LaSalle Street  
Suite 2900  
Chicago, IL 60601  
Phone: 800-622-6755  Fax: 312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 619007 | 11/4/2015 | 533931 |
| Job Date | Case No. | |
| 11/3/2015 | 1:12 CV 2100 | |
| Case Name | | |
| BSP Software, LLC vs. Motio, Inc. | | |
| Payment Terms | | |
| Net 30 | | |

Jeffrey M. Drake  
Miller Canfield  
225 West Washington Street  
Suite 2600  
Chicago, IL 60606

Andrew Rachmiel    *OUR FILE NO. 150416-00001*

| | | | | |
|---|---|---|---|---|
| Video - 2 Hour Minimum | | | 325.00 | 325.00 |
| Video Additional Hours | 5.50 Hour | @ | 125.00 | 687.50 |
| DVD Original | 4.00 Disk | @ | 0.00 | 0.00 |
| Delivery & Handling | | | 10.00 | 10.00 |

TOTAL DUE >>>   **$1,022.50**

4 DVD's sent on 11/05/2015.  
Thank you. We appreciate your business.  
Transcript files posted in our repository at McDeps.com

**Please note our suite has changed to 2900**  
**1.5% Service charge will be added to any unpaid balance after 30 days**

OK TO PAY   #4274

OK TO PAY

Tax ID: 362799976

*Please detach bottom portion and return with payment.*

---

Jeffrey M. Drake  
Miller Canfield  
225 West Washington Street  
Suite 2600  
Chicago, IL 60606

Job No.     : 533931        BU ID    : MCC-VID  
Case No.    : 1:12 CV 2100  
Case Name   : BSP Software, LLC vs. Motio, Inc.

Invoice No. : 619007        Invoice Date : 11/4/2015  
Total Due   : $ 1,022.50

Remit To: McCorkle Litigation Services, Inc.  
200 North LaSalle Street  
Suite 2900  
Chicago, IL 60601

**PAYMENT WITH CREDIT CARD**     AMEX  VISA

Cardholder's Name:  
Card Number:  
Exp. Date:           Phone#:  
Billing Address:  
Zip:            Card Security Code:  
Amount to Charge:  
Cardholder's Signature:

# INVOICE

McCorkle Litigation Video
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
Phone:800-622-6755   Fax:312-263-7494

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 626781 | 1/15/2016 | 533931 |
| **Job Date** | **Case No.** | |
| 11/3/2015 | 1:12 CV 2100 | |
| **Case Name** | | |
| BSP Software. LLC vs. Motio, Inc. | | |
| **Payment Terms** | | |
| Net 30 | | |

Jeffrey M. Drake
Miller Canfield
225 West Washington Street
Suite 2600
Chicago, IL  60606

VIDEO DEPOSITION OF:
  Andrew Rachmiel
    DVD copy                         4.00 Disk    @    50.00    200.00
    Delivery & Handling                                20.00     20.00
                                     **TOTAL DUE >>>          $220.00**

*seeking 1 only*

*$70*

4 DVDs shipped via FedEx overnight on 1/15/16.

Thank you.  We appreciate your business.
**1.5% Service charge will be added to any unpaid balance after 30 days**

*Our FILE NO. 150416-00003*

**OK TO PAY**     #4549

**OK TO PAY**     #3724

**Tax ID:** 362799976

*Please detach bottom portion and return with payment.*

Jeffrey M. Drake
Miller Canfield
225 West Washington Street
Suite 2600
Chicago, IL  60606

Job No.      : 533931       BU ID       : MCC-VID
Case No.     : 1:12 CV 2100
Case Name    : BSP Software. LLC vs. Motio, Inc.

Invoice No.  : 626781       Invoice Date : 1/15/2016
**Total Due  : $ 220.00**

Remit To:  **McCorkle Litigation Services, Inc.
            200 North LaSalle Street
            Suite 2900
            Chicago, IL  60601**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |