

| | Remit Payment To: | **Resonant Legal Media, LLC.**<br>**d/b/a RLM | TrialGraphix**<br>413 S. Washington Street<br>Alexandria, Virginia 22314<br>United States |
|---|---|---|

| | | | |
|---|---|---|---|
| Invoice Number | **1602-025** | Invoice For | **Miller Canfield Paddock and**<br>**Stone PLC**<br>225 W. Washington<br>Suite 2600<br>Chicago, IL 60606 |
| Invoice Date | 02/09/2016 | | |
| Due Date | 04/09/2016 (Net 60) | | |
| Matter | [15-269] Motio, Inc., v. BSP Software LLC,<br>Brightstar Partners, Inc. and Avnet, Inc. | | |

| Item Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/16/2015 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | ~~$275.00~~ |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/18/2015 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | ~~$275.00~~ |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/21/2015 - Communication Design / Bill O'Meara: Putting together slides; concepts | 2.50 | $250.00 | $625.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/22/2015 - Communication Design / Bill O'Meara: New graphics | 3.50 | $250.00 | $875.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/23/2015 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | ~~$275.00~~ |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/28/2015 - Communication Design / Jason Schwartz: Client meeting | 2.50 | $275.00 | $687.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/28/2015 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | ~~$137.50~~ |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/30/2015 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | ~~$137.50~~ |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/30/2015 - Communication Design / Bill O'Meara: New graphics | 1.50 | $250.00 | $375.00 |

| Item Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 12/31/2015 - Communication Design / Bill O'Meara: New graphics | 3.00 | $250.00 | $750.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/04/2016 - Communication Design / Bill O'Meara: Revisions | 2.00 | $250.00 | $500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/05/2016 - Communication Design / Bill O'Meara: New graphics | 5.00 | $250.00 | $1,250.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/05/2016 - Communication Design / Jason Schwartz | 2.00 | $275.00 | $550.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/05/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/06/2016 - Communication Design / Bill O'Meara: New timeline | 3.00 | $250.00 | $750.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/06/2016 - Trial Technology Consulting / Derek Palisoul: Conference call with client; Researching courtroom equipment; Downloading all trial exhibits; Building presentation database | 6.00 | $250.00 | $1,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/06/2016 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/07/2016 - Communication Design / Bill O'Meara | 3.50 | $250.00 | $875.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/07/2016 - Communication Design / Jason Schwartz | 2.50 | $275.00 | $687.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/07/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/08/2016 - Communication Design / Jason Schwartz | 1.50 | $275.00 | $412.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/11/2016 - Communication Design / Bill O'Meara: Revisions | 5.50 | $250.00 | $1,375.00 |

| Item Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/11/2016 - Communication Design / Jason Schwartz | 1.50 | $275.00 | $412.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/12/2016 - Communication Design / Bill O'Meara: Revisions | 1.50 | $250.00 | $375.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/12/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/13/2016 - Communication Design / Bill O'Meara: Formatting slides | 2.00 | $250.00 | $500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/13/2016 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/14/2016 - Communication Design / Bill O'Meara: Revisions | 4.50 | $250.00 | $1,125.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/14/2016 - Communication Design / Jason Schwartz | 1.50 | $275.00 | $412.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/14/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/15/2016 - Trial Technology Consulting / Derek Palisoul: Courtroom A/V equipment setup; Finalizing exhibit presentation database; Downloading demonstratives and new exhibits; Finding board vendor | 6.00 | $250.00 | $1,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/15/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/16/2016 - Communication Design / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/17/2016 - Trial Technology Consulting / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/17/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |

| Item Type | Description | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/17/2016 - Deposition Video Synchronization / Video Processing: Rachmiel, Andrew 11-03-2015 video deposition transcript synchronization | 6.00 | $65.00 | $390.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - Communication Design / Bill O'Meara: Revisions; boards | 1.50 | $250.00 | $375.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - Project Management & Logistics / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - Communication Design / Bill O'Meara: Revisions to Martin slide deck | 3.00 | $250.00 | $750.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/20/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/20/2016 - Communication Design / Bill O'Meara: New boards | 0.50 | $250.00 | $125.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/20/2016 - Project Management & Logistics / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/21/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/22/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/24/2016 - On-site support / Derek Palisoul: Updating laptops with Grimes Cross materials; Archiving all trial data to cloud file servers | 2.00 | $250.00 | $500.00 |

| Item Type | Description | Hours | Hourly Rate | Amount |
|-----------|-------------|-------|-------------|--------|
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/24/2016 - Communication Design / Jason Schwartz | 0.50 | $275.00 | $137.50 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/24/2016 - Communication Design / Bill O'Meara: Timeline revisions | 1.00 | $250.00 | $250.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - Communication Design / Bill O'Meara: Timeline revisions | 2.50 | $250.00 | $625.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - Communication Design / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/26/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/26/2016 - Communication Design / Jason Schwartz | 1.00 | $275.00 | $275.00 |
| Professional Fees | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/27/2016 - On-site support / Derek Palisoul: Fixed Daily Fee | 1.00 | $2,500.00 | $2,500.00 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/15/2016 - Mileage / Derek Palisoul: Roundtrip mileage from Dallas, TX to Sherman, TX [80 miles x 2] | 160.00 | $0.54 | $86.40 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/17/2016 - Supplies / Derek Palisoul: Purchase of trial tech table for courtroom | 1.00 | $32.46 | $32.46 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - Mileage / Derek Palisoul: Mileage from home to Sherman, TX | 80.00 | $0.54 | $43.20 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - Meals / Derek Palisoul: Breakfast | 1.00 | $15.39 | $15.39 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/18/2016 - Mileage / Derek Palisoul: Roundtrip mileage to pick up court boards from printer [50 miles x 2] | 100.00 | $0.54 | $54.00 |

| Item Type | Description | Hours | Hourly Rate | Amount |
|-----------|-------------|-------|-------------|--------|
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - Supplies / Derek Palisoul: 14 color boards printed at Speed Pro for jury trial | 1.00 | $1,057.06 | $1,057.06 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - Meals / Derek Palisoul: Lunch | 1.00 | $11.02 | $11.02 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/19/2016 - Supplies / Derek Palisoul: Full set of color toners for warroom printer in Sherman | 1.00 | $149.87 | $149.87 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/20/2016 - Meals / Derek Palisoul: Lunch | 1.00 | $15.00 | $15.00 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/21/2016 - Meals / Derek Palisoul: Lunch | 1.00 | $26.60 | $26.60 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/21/2016 - Meals / Derek Palisoul: Dinner | 1.00 | $26.00 | $26.00 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/22/2016 - Meals / Derek Palisoul: Lunch | 1.00 | $26.51 | $26.51 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/22/2016 - Mileage / Derek Palisoul: Mileage from Sherman, TX to Dallas, TX | 80.00 | $0.54 | $43.20 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - Meals / Derek Palisoul: Dinner | 1.00 | $32.00 | $32.00 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - Mileage / Derek Palisoul: Mileage from Dallas, TX to Sherman, TX | 80.00 | $0.54 | $43.20 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/25/2016 - Meals / Derek Palisoul: Dinner | 1.00 | $28.72 | $28.72 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/27/2016 - Mileage / Derek Palisoul: Mileage from Sherman, TX to Dallas, TX | 80.00 | $0.54 | $43.20 |
| Matter Expenses | [15-269] Motio, Inc., v. BSP Software LLC, Brightstar Partners, Inc. and Avnet, Inc. - 01/27/2016 - Hotel / Derek Palisoul: Hampton Inn charges from 01-18-2016 through 01-27-2016 | 1.00 | $921.07 | $921.07 |

**Amount Due**    **$47,832.40**